IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-50344
_____


GILBERT ANDREWS

                          Plaintiff - Appellant

   v.

THE AMERICAN RED CROSS, ET AL

                          Defendants

THE AMERICAN RED CROSS, THE EL PASO CHAPTER OF THE AMERICAN RED
CROSS, UNKNOWN EMPLOYEES, OFFICERS AND DIRECTORS OF THE AMERICAN
NATIONAL RED CROSS

                          Defendants - Appellees

_____

Appeal from the United States District Court
for the Western District of Texas
No. EP-99-CV-70-DB
_____
June 4, 2002

Before KING, Chief Judge, and PARKER and CLEMENT, Circuit Judges.

PER CURIAM:*

AFFIRMED.  See 5TH CIR. R. 47.6.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.